Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Lisa Dreyer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lisa Dreyer**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Alpha Recovery Corp.,**<br><br>Defendant. | Case No. 13-cv-2260 W (KSC)<br><br>**Notice of Settlement** |

Plaintiff Lisa Dreyer ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant Alpha Recovery Corp. ("Alpha") by and through their counsel have reached an agreement in principle to settle all claims pending in the present litigation.

///

1  Plaintiff and Alpha are in the process of documenting a formal settlement
2  agreement.  The parties anticipate filing a Motion to Dismiss this action within 60
3  days.  Plaintiff requests that all pending dates and filing requirements be vacated
4  and that the Court set a deadline on or after December 16, 2013 for filing a
5  Dismissal.

6  Respectfully submitted,

7

8  Dated:   October 16, 2013                    Law Offices of Roberto Robledo
9                                               */s/ Roberto Robledo*
10                                              Attorneys for Plaintiff